# Third District Court of Appeal

## State of Florida

Opinion filed August 18, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

Nos. 3D20-957; 3D20-1079
Lower Tribunal Nos. 20-91 AP, 19-23658 CC; 19-8685 CC

_____

**All Insurance Restoration Service, Inc., etc., et al.,**
Appellants,

vs.

**Heritage Property & Casualty Insurance Company**,
Appellee.

Appeals from the County Court for Miami-Dade County, Elijah A. Levitt, Judge.

Giasi Law, P.A., Melissa A. Giasi and Erin M. Berger (Tampa), for appellants.

Link & Rockenbach, PA, Kara Rockenbach Link and Daniel M. Schwarz (West Palm Beach), for appellee.

Before HENDON, GORDO and BOKOR, JJ.

PER CURIAM.

Affirmed.  See RM & Assocs. Consulting, Inc. v. Olympus Ins. Co., No. 3D21-211, 2021 WL 2944250 (Fla. 3d DCA July 14, 2021).